IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAMES A. SHREVE, et al., | * | |
| Plaintiffs, | * | |
| v. | * | |
| SEARS, ROEBUCK & CO., et al., | * | Civil Action No. AMD 00-2162 |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION AND PROPOSED
## ORDER ALLOWING PLAINTIFFS
## TO FILE FIRST AMENDED COMPLAINT

Pursuant to LOCAL RULE 103.6., Plaintiffs, by and through undersigned counsel, move that this honorable Court permit Plaintiffs to file a First Amended Complaint for the reasons set forth below:

1. Pursuant to LOCAL RULE 103.6.d., Plaintiffs requested Defendants' consent to allow the filing of the First Amended Complaint referred to herein. A highlighted copy of that First Amended Complaint is attached hereto as Exhibit A.

2. Defendants have consented to the request to allow the filing of the First Amended Complaint attached hereto. A copy of the letter demonstrating Defendants' consent is attached hereto as Exhibit B.

3. Pursuant to LOCAL RULE 103.6.c., an original and one copy of a "clean copy," as well as an original and one copy of a highlighted copy, of the First Amended Complaint are simultaneously-filed herewith.

14278



Respectfully submitted,

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**

*/s/ Marshall M. Perkins*
Charles J. Piven (Bar No. 00967)
Marshall N. Perkins (Bar No. 25514)
The World Trade Center-Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiffs*


     **IT IS SO ORDERED**, that Plaintiffs' First Amended Complaint shall be filed by the Clerk of the Court, this 29th day of Aug, 2000.

*/s/ Andre M. Davis*
The Honorable Andre M. Davis,
United States District Court Judge

2

14278

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2000, an executed copy of the foregoing Unopposed Motion And Proposed Order Allowing Plaintiffs To File First Amended Complaint; a "clean copy" of the First Amended Complaint; and a highlighted copy of the First Amended Complaint were mailed, postage prepaid, first-class United States mail, to:

>Jack L. Harvey, Esquire
>Wharton, Levin, Ehrmantraut,
>Klein & Nash, P.A.
>104 West Street
>P.O. Box 551
>Annapolis, Maryland 21404-0551

*/s/ Marshall N. Perkins*
Marshall N. Perkins