IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

JAMES A. SHREVE, et al.      *

    Plaintiffs,

Vs.      * Civil Case No. AMD 00-2162

SEARS, ROEBUCK AND CO., et al.

    Defendants.      *

## ORDER EXTENDING DISPOSITION MOTION DEADLINE

**UPON CONSIDERATION** of Defendants' Motion to Extend The Deadline for Dispositive Motions and the accompanying Memorandum of Law, as well as any opposition to the same, it is, this 24th day of January, 2001, by the United States District Court for the District of Maryland,

**ORDERED**, that said Motion be and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that, the deadline for any pre-trial dispositive motions to be filed in this case IS MARCH 1, 2001.

_____
The Honorable Andre M. Davis
United States District Court Judge