WHARTON LEVIN EHRMANTRAUT KLEIN & NASH

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
104 WEST STREET
P. O. BOX 551
ANNAPOLIS, MARYLAND 21404-0551
(410) 263-5900

JACK L. HARVEY

OUTSIDE MARYLAND
800-322-1934

FACSIMILE
(410) 263-1562

E-MAIL
JLH@WLEKN.COM

February 8, 2001

**VIA FACSIMILE ONLY**
The Honorable Andre M. Davis
United States District Court for the District of Maryland
Garmantz Federal Courthouse
101 W. Lombard Street
Fifth Floor, Room 520
Baltimore, MD 21201

FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 0 8 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Re: *James A. Shreve, et ux. v. Sears, Roebuck & Co., et al.*
Case Number: AMD 00CV2162

Dear Judge Davis:

I wrote you on Friday, February 2, 2001 to inform you that I would be seeking an extension of the deadline for Defendants' opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint and Motion for Leave for Limited Discovery Related to Defendants' Financial Condition. The opposition was due on Tuesday, February 6, 2001. This was due to the fact that I had just learned that my mother was close to death. My mother died on Sunday afternoon, February 4, 2001.

Upon my return to the office on Wednesday, February 7, 2001, I contacted Plaintiffs' counsel and obtained their agreement for the extension of the deadline for Defendants' opposition along with an extension of the deadline for two other matters as set forth below:

1. Defendants' opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint and Motion for Leave for Limited Discovery Related to Defendants' Financial Condition - from February 6 until February 15;

2. Defendants' responses to Request for Admission of Facts and Request for Admission of Genuineness of Documents - from February 12 until February 15.

3. Plaintiffs' reply to Memorandum in Opposition to Plaintiffs' Second Motion to Compel - from February 12 until February 19.



SUITE 800-400 EAST PRATT STREET-BALTIMORE, MARYLAND 21202

The Honorable Andre M. Davis
February 8, 2001
Page 2

Extending the due date for the Plaintiffs' reply to the Opposition to Plaintiffs' Second Motion to Compel was to allow additional time to explore with my clients a compromise proposal submitted by Plaintiffs prior to Plaintiffs having to file a reply memorandum. I do not believe that any of the agreed extensions will interfere with any existing pre-trial deadlines.

I trust that the proposed extensions are acceptable to the Court and have provided below a signature line for the Court's approval. Thank you for your consideration of this matter.

Very truly yours,

Jack L. Harvey

JLH:lss
cc:    Marshall Perkins, Esq./Charles Piven, Esq. (Via Facsimile)

_____ 2/8/2001
The Honorable Andre M. Davis

ODMA\GRPWISE\ANNAPOLIS.ANNA.WP:KSL:83407 v1