IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

JAMES A. SHREVE, et al.        *

    Plaintiffs,

Vs.                            * Civil Case No. AMD 00-2162

SEARS, ROEBUCK AND CO., et al.

    Defendants.                *

### ORDER EXTENDING DISPOSITION MOTION DEADLINE

**UPON CONSIDERATION** of Defendants' Unopposed Motion to Extend The Deadline for Dispositive Motions, it is, this 1st day of March, 2001, by the United States District Court for the District of Maryland,

**ORDERED**, that said Motion be and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that, the deadline for Defendants' pre-trial dispositive motions to be filed in this case should be March 5, 2001 and the deadline for Plaintiffs' cross-motion and opposition should be fourteen (14) days after the filing of Defendants' dispositive motions.

**The Honorable Andre M. Davis**
**United States District Court Judge**


