# LAW OFFICES OF CHARLES J. PIVEN, P.A.

THE WORLD TRADE CENTER ◊ BALTIMORE

CHARLES J. PIVEN  
MARSHALL N. PERKINS

SUITE 2525  
401 EAST PRATT STREET  
BALTIMORE, MARYLAND 21202

Telephone (410) 332-0030  
Facsimile (410) 685-1300  
Email pivenlaw@erols.com

March 6, 2001

The Honorable Andre M. Davis  
United States District Court  
   For the District of Maryland  
520 Garmatz United States Courthouse  
101 West Lombard Street  
Baltimore, Maryland 21201

     Re:  *Shreve, et al. v. Sears, Roebuck & Co., et al.*,  
           Civil Action No. AMD 00-2162 (U.S.D. Md.)

Dear Judge Davis:

     Our firm represents Plaintiffs in the above-referenced matter. The purpose of this letter is Plaintiffs' unopposed request for one additional day to respond to Defendants' dispositive motions.

     On March 5, 2001, Defendants served on Plaintiffs, *via* hand delivery, a motion to exclude the expert testimony of Joseph Shelley and a motion for summary judgment. Thus, Plaintiffs' opposition thereto, and, correspondingly, any dispositive cross-motions by Plaintiffs (collectively, "Plaintiffs' Dispositive Papers"), are due to be filed on or before March 19, 2001.

     Yet, Plaintiffs' counsel, Charles J. Piven, Esquire, is on extended vacation from the beginning of next week through March 18, 2001. Accordingly, Plaintiffs requested that Defendants consent to an additional day to file Plaintiffs' Dispositive Papers.

     Defendants have indicated that they do <u>not</u> oppose the requested extension. A copy of a letter to Defendants' counsel, Jack L. Harvey, Esquire, demonstrating that fact is attached hereto as Exhibit 1.



15327

The Honorable Andre M. Davis
March 6, 2001
Page 2

     Plaintiffs thank Your Honor for the Court's attention to this matter. Please contact the parties' counsel with any questions.

Respectfully yours,

*Marshall M. Perkins*

Marshall N. Perkins

Attachment

cc:    Clerk of the Court *(two copies)*
       Jack L. Harvey, Esquire


**IT IS SO ORDERED**, this ___7th___ day of March, 2001, that Plaintiffs shall have until March 20, 2001 to file Plaintiffs' Dispositive Papers (as defined in the foregoing correspondence).

_____
The Honorable Andre M. Davis

15327

# LAW OFFICES OF CHARLES J. PIVEN, P.A.

CHARLES J. PIVEN
MARSHALL N. PERKINS

THE WORLD TRADE CENTER ◊ BALTIMORE
SUITE 2525
401 EAST PRATT STREET
BALTIMORE, MARYLAND 21202

Telephone (410) 332-0030
Facsimile (410) 685-1300
Email pivenlaw@erols.com

March 5, 2001

*VIA FACSIMILE TRANSMISSION*
*(1 (410) 263-1562):* *1 Page*

Jack L. Harvey, Esquire
Wharton, Levin, Ehrmantraut,
 Klein & Nash, P.A.
104 West Street
P.O. Box 551
Annapolis, Maryland 21404-0551

      Re: *Shreve, et al. v. Sears, Roebuck & Co., et al.,*
           Civil Action No. AMD 00-2162 (U.S.D. Md.)

Dear Mr. Harvey:

This will confirm your statement to me earlier today that Defendants do not oppose an extension of one day for Plaintiffs to file their cross-motion for summary judgment and their opposition to Defendants' dispositive motions. Thus, these papers are due to be filed by Plaintiffs on or before March 20, 2001.

Thank you.

Very truly yours,

*(signature: Marshall M. Perkins)*

Marshall N. Perkins

EXHIBIT 1

15326