# LAW OFFICES OF CHARLES J. PIVEN, P.A.

THE WORLD TRADE CENTER ◊ BALTIMORE

CHARLES J. PIVEN
MARSHALL N. PERKINS

SUITE 2525
401 EAST PRATT STREET
BALTIMORE, MARYLAND 21202

Telephone (410) 332-0030
Facsimile (410) 685-1300
Email pivenlaw@erols.com

March 12, 2001

The Honorable Andre M. Davis
United States District Court
  For the District of Maryland
520 Garmatz United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Re:   *Shreve, et al. v. Sears, Roebuck & Co., et al.*,
      Civil Action No. AMD 00-2162 (U.S.D. Md.)

Dear Judge Davis:

Our firm represents Plaintiffs in the above-referenced matter. The purpose of this letter is Plaintiffs' unopposed request for additional time to file (if necessary) a motion to compel involving Defendants' responses to Plaintiffs' requests for admissions.

The admission responses were served by Defendants on February 15, 2001. In an effort to resolve disputes over those responses, undersigned counsel wrote Defendants' counsel, Jack L. Harvey, Esquire, on March 6, 2001. On March 9, 2001, Mr. Harvey responded by letter, stating that he had not yet had an opportunity to review Plaintiffs' March 6th letter. In an effort to have the benefit of Defendants' response to the March 6th letter prior to Plaintiffs filing a motion to compel related to Plaintiffs' requests for admissions, the parties have agreed that Plaintiffs shall have until on or before March 30, 2001 to file such a motion.

Defendants have indicated that they do not oppose the requested extension. Plaintiffs thank Your Honor for the Court's attention to this matter. Please contact the parties' counsel with any questions.

Respectfully yours,

*Marshall N. Perkins*

Marshall N. Perkins

cc:   Clerk of the Court *(two copies)*
      Jack L. Harvey, Esquire

15336

The Honorable Andre M. Davis
March 12, 2001
Page 2

**IT IS SO ORDERED**, this _12TH_ day of March, 2001, that the parties' scheduling stipulation is approved of as agreed to in the foregoing correspondence.

_____
The Honorable Andre M. Davis

15336