## WHARTON LEVIN EHRMANTRAUT KLEIN & NASH

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
104 WEST STREET
P. O. BOX 551
ANNAPOLIS, MARYLAND 21404-0551
(410) 263-5900

JACK L. HARVEY

OUTSIDE MARYLAND
800-322-1984

FACSIMILE
(410) 263-1562

E-MAIL
JLH@WLEKN.COM

March 29, 2001

**VIA FACSIMILE AND FIRST CLASS MAIL**

The Honorable Andre M. Davis
United States District Court for the District of Maryland
Garmantz Federal Courthouse
101 W. Lombard Street
Fifth Floor, Room 520
Baltimore, MD 21201

Re: *James A. Shreve, et ux. v. Sears, Roebuck & Co., et al.*
Case Number: AMD 00CV2162

Dear Judge Davis:

My firm represents Defendants in the above-referenced matter. The purpose of this letter is Defendants' agreed to request for an additional day to respond to Plaintiffs' dispositive motion submission.

On March 20, 2001, Plaintiffs filed and served upon Defendants a voluminous dispositive motion submission consisting of:

1. Plaintiffs' Opposition to Defendants' Motion for Summary Judgment; and Memorandum in Support of Plaintiffs' Cross-Motion for Partial Summary Judgment as to Liability, or in the Alternative, as to Certain Undisputed Facts;

2. Plaintiffs' Motion to Conditionally Strike Defendants' Experts; and supporting Memorandum;

3. Plaintiffs' Opposition to Defendants' Motion to Preclude Expert Opinions of Joseph Shelley.

SUITE 800-400 EAST PRATT STREET-BALTIMORE, MARYLAND 21202

The Honorable Andre M. Davis
March 29, 2001
Page 2

Because of the extent of materials served and my continuing active involvement with asbestos trials around the country, on Thursday morning, March 29, 2001, I asked Mr. Charles Piven, counsel for Plaintiffs, if I could have additional time to respond to Plaintiffs' submission. He agreed to extend the deadline, which I had incorrectly calculated as Monday, April 2, but which actually is Tuesday, April 3, to Wednesday, April 4.

Accordingly, I am writing the Court to inform it of this agreed to extension and for the Court's approval.

I appreciate the Court's attention to this matter.

Very truly yours,

Jack L. Harvey

JLH:lss
cc:   Clerk of the Court (two copies)
      Charles J. Piven, Esq.
      Marshall N. Perkins, Esq.

IT IS SO ORDERED, THIS 30th DAY OF MARCH, 2001, that Defendants shall have until Wednesday, April 4, 2001 to file their response to Plaintiffs' dispositive motion submission.

THE HONORABLE ANDRE M. DAVIS

::ODMA\GRPWISE\ANNAPOLIS.ANNA WLEKNLIB 50439.1