# LAW OFFICES OF CHARLES J. PIVEN, P.A.

## THE WORLD TRADE CENTER ◊ BALTIMORE

CHARLES J. PIVEN
MARSHALL N. PERKINS

SUITE 2525
401 EAST PRATT STREET
BALTIMORE, MARYLAND 21202

Telephone  (410) 332-0030
Facsimile  (410) 685-1300
Email pivenlaw@erols.com

April 10, 2001

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

APR 1 1 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The Honorable Andre M. Davis
United States District Court
    For the District of Maryland
520 Garmatz United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Re:    *Shreve, et al. v. Sears, Roebuck & Co., et al.,*
       Civil Action No. AMD 00-2162 (U.S.D. Md.)

Dear Judge Davis:

Our firm represents Plaintiffs in the above-referenced matter. The purpose of this letter is Plaintiffs' unopposed request for two additional days to serve a reply to Defendants' oppositions to Plaintiffs' Motion To Conditionally Strike Defendants' Experts and Plaintiffs' Cross-Motion For Partial Summary Judgment.

Plaintiffs made the request based upon the length of Defendants' oppositions, and in light of the upcoming Easter holiday. Defendants have not opposed the requested extension (with the replies to be filed on or before April 18, 2001). A copy of the letter from Defendants' counsel demonstrating that consent is attached hereto as Exhibit 1. Additionally, the parties have agreed that Defendants shall have until on or before April 20, 2001 to respond to Plaintiffs' previously served Motion To Compel Defendants' Admissions And For Sanctions.

Plaintiffs thank Your Honor for the Court's attention to this matter. Please contact the parties' counsel with any questions.

Respectfully yours,

*[signature]*

Marshall N. Perkins

cc:    Clerk of the Court *(two copies)*
       Jack L. Harvey, Esquire *(via facsimile & U. S. mail)*

15430

The Honorable Andre M. Davis
April 10, 2001
Page 2

      **IT IS SO ORDERED**, this _____ day of April, 2001, that the parties' scheduling

stipulation is approved of as agreed to in the foregoing correspondence.

_____
The Honorable Andre M. Davis

15430

WHARTON LEVIN EHRMANTRAUT KLEIN & NASH

A PROFESSIONAL ASSOCIATION

ATTORNEYS AT LAW

104 WEST STREET

P. O. BOX 551

ANNAPOLIS, MARYLAND 21404-0551

(410) 263-5900

JACK L. HARVEY

OUTSIDE MARYLAND
800-322-1984

FACSIMILE
(410) 263-1562

E-MAIL
JLH@WLEKN.COM

April 10, 2001

**VIA FACSIMILE AND FIRST CLASS MAIL**

Marshall N. Perkins, Esq.
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202

Re:   *James A. Shreve, et ux. v. Sears, Roebuck and Co., et al.*

Dear Mr. Perkins:

I received your telephone message requesting an extension of two days of the deadline for serving a reply to Defendants' Opposition to Plaintiffs' Motion to Conditionally Strike Defendants' Experts and to Plaintiffs' Cross-Motion for Partial Summary Judgment.

I have no problem with your request. However, I would ask that in the event you decide to continue pursuit of the Motion to Compel Defendants' Admissions and for Sanctions, (served on March 30 by mail) that you agree that Defendants have until and including April 20 to respond to that Motion. This is because I will be out of the country until April 18 returning to the office on Thursday, April 19.

Could you let me know about this as soon as possible.

Very truly yours,

Jack L. Harvey

JLH:lss
::ODMA\GRPWISE\ANNAPOLIS.ANNA.WLEKNLIB:51080.1

SUITE 800-400 EAST PRATT STREET-BALTIMORE, MARYLAND 21202