UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

May 10, 2001

*FILED ___ ENTERED*
*LODGED ___ RECEIVED*

MAY 10 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                        DEPUTY

MEMORANDUM TO COUNSEL RE:   Shreve v. Sears Roebuck & Co.
                            Case No.   AMD 00-2162

    Per our telephone conference of May 9, 2001, this is to confirm that a motion hearing has been scheduled in the above-titled case for Friday, June 15, 2001, at 2:00 p.m. The hearing will be held in courtroom 5B of the Courthouse.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

*/s/ Andre M. Davis*

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file