IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES A. SHREVE, et al.,
    Plaintiff

v.                                   Civil No. AMD 00-2162

SEARS, ROEBUCK & CO., et al.,
    Defendants

...o0o...

## ORDER

In accordance with the foregoing Memorandum, it is this 25th day of September, 2001, by the United States District Court for the District of Maryland, ORDERED

(1) That the plaintiffs' motion for summary judgment (Paper No. 40) is DENIED; and it is further ORDERED

(2) That the defendants' motion for summary judgment (Paper No. 34) is GRANTED IN PART AND DENIED IN PART; and it is further ORDERED

(3) That the defendants' motion to shorten time (Paper No. 20) and motion to preclude expert opinions (Paper No. 35) are GRANTED; and it is further ORDERED

(4) That the plaintiffs' motion to amend and motion for leave to file limited discovery (Paper No. 18); plaintiffs' motion to extend time (Paper No. 17); plaintiffs' motions to compel (Paper Nos. 32 and 53); and plaintiffs' motion to conditionally strike (Paper No. 39) are DENIED; and it is further ORDERED

(5) That the Clerk shall TRANSMIT copies of this Order and the foregoing Memorandum to the attorneys of record.

                                              _____
                                              ANDRE M. DAVIS
                                              UNITED STATES DISTRICT JUDGE